IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN CASTELAN MENDOZA, ) | |
| ) | Case No. 3:25-cv-00417 |
| *Petitioner*, ) | |
| ) | District Judge Stephanie L. Haines |
| v. ) | Magistrate Judge Patricia L. Dodge |
| ) | |
| KRISTI NOEM, et al., ) | |
| ) | |
| *Respondents*. ) | |

## ORDER

**AND NOW** this 26th day of January, 2026, and for the reasons stated by this Court in *Calzado Diaz v. Noem*, No. 3:25-cv-458, 2025 WL 3628480 (W.D. Pa. Dec. 15, 2025), *vacated as moot*, ECF No. 22 (Dec. 17, 2025) ("[T]he Court stresses that the general legal conclusions in the Court's Opinion at ECF No. 16 regarding the application of §§ 1225 and 1226 remain unchanged by this Memorandum Order.") it is hereby **ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus, ECF No. 1, is **GRANTED** to the extent that it seeks an individualized bond hearing before an immigration judge.

2. The Government is directed to provide Petitioner with the statutory process required under 8 U.S.C. § 1226(a), which includes a bond hearing.

3. The Government shall arrange for an individualized bond hearing to be conducted by an immigration judge by February 10, 2026.

4. If Petitioner is not provided with a bond hearing by February 10, 2026, or if the immigration judge declines to conduct a bond hearing based on *Matter of Yajure Hurtado*, 29 I&N Dec. 216, 220 (BIA 2025), Respondents shall immediately release Petitioner from custody.

5. The parties shall provide notice to the Court of the outcome of the individualized bond hearing within seven days of the date of the immigration judge's decision.

6. With no further action required by the Court at this time, the Clerk of Court shall mark this matter closed.

*Stephanie L. Haines*
Stephanie L. Haines
United States District Judge

Cc:  Counsel of record
     (Via CM/ECF electronic mail)

2